E. C. Weeks, Plaintiff in Error, vs. R. P. Wharton, Defendant in Error.

Writ of error to Circuit Court, Escambia county; William D. Barnes, Judge.

J. Emmet Wolfe, for Plaintiff in Error.

John Eagan, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.